**EXHIBIT A**

| SUBJECT PHOTOGRAPHS | INFRINGING USES |
|---|---|
|  |  |
|  |  |













































































Master Bathroom





















































Outdoor Living Area























