UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RYAN PHOTOGRAPHER, LLC,

                Plaintiff,

v.

COMPASS, INC., and DOES 1-10,

                Defendants.

22-CV-9162 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        The telephonic initial pretrial conference scheduled for December 22, 2022 is adjourned to January 4, 2023 at 4:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:     December 16, 2022
             New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge