IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDY RYAN PHOTOGRAPHER, LLC, a New York limited liability company<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMPASS, INC., a Delaware corporation, and DOES 1–10<br><br>　　　　　　　　Defendants. | Civil Action No. 1:22–cv–09162–RA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff Andy Ryan Photographer, LLC and Defendant Compass, Inc. hereby stipulate and agree to the dismissal with prejudice of all claims and counterclaims in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: **7/5**, 2023            Respectfully Submitted,

/s/ Scott Alan Burroughs

Scott Alan Burroughs
Laura Zaharia
DONIGER/BURROUGHS
247 Water Street, First Floor
New York, NY 10038
Telephone: (310) 590-1820
scott@donigerlawfirm.com
lzaharia@donigerlawfirm.com

*Attorneys for Plaintiff Andy Ryan Photographer LLC*

/s/ Nafiz Cekirge

Nafiz Cekirge
RILEY SAFER HOLMES & CANCILA LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (212) 660-1000
ncekirge@rshc-law.com

Louis A. Klapp (*pro hac vice*)
Edgar Matias (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
lklapp@rshc-law.com
ematias@ rshc-law.com

*Attorneys for Defendant Compass, Inc.*